UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

**FILED**
APR 14 2008

*****

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 04-30112(02) |
| Plaintiff, | * | |
| -vs- | * | REPORT AND RECOMMENDATIONS CONCERNING ADMISSIONS TO SUPERVISED RELEASE REVOCATION PETITION AND ORDER OF DETENTION |
| WALTER HANSON, JR., | * | |
| Defendant. | * | |

*****

The above-captioned matter came on before the Court on the 11th day of April, 2008, pursuant to the standing order of designation entered by the active District Judges of this District and 18 U.S.C. §3401(i). Plaintiff, United States of America, appearing through counsel, Randolph J. Seiler, Assistant United States Attorney, of Pierre, South Dakota, and Defendant, Walter Hansom, Jr., appeared personally and with his court-appointed counsel, Michael B. "Mick" Strain, of White River, South Dakota. Defendant thereafter admitted that he had previously been placed on supervised release, that the allegations set forth in Paragraphs 1, 2 and 5 of the Petition to Revoke Supervised Release, Docket No. 102, were true and that he had violated the terms and conditions of his supervised release. After examining Defendant, the Court found that his admissions were knowingly and voluntarily made and that a factual basis existed for the same. Based on the foregoing, the Court

RECOMMENDS that Defendant's admissions be accepted, that his supervised release be revoked and that a dispositional hearing be held pursuant to 18 U.S.C. §3583(e).

There being no objection from Defendant or counsel, it is hereby

ORDERED that a supplemental presentence investigation report shall be forthwith prepared by the United States Probation Office. It is further

ORDERED that Defendant shall remain committed to the custody of the Attorney General or his designated representative for confinement in an appropriate corrections/detention facility pending the holding of his dispositional hearing or until further order of a judicial officer of this District.

Dated this 11th day of April, 2008, at Pierre, South Dakota.

**BY THE COURT:**

*[signature]*

**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

ATTEST:
JOSEPH HAAS, CLERK
BY *[signature]*
    Deputy
(SEAL)

### NOTICE

**Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. See 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b).**